IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 18-10-UNA |
| ) | |
| KELLY A. MULLINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION AND ORDER TO SEAL SUPERSEDING INDICTMENT AND FILE

The United States of America, by and through its attorney's, David C. Weiss, Acting United States Attorney for the District of Delaware, and Dan Logan, Assistant United States Attorney for the District of Delaware, moves that the Superseding Indictment and File in this case be sealed until further notice by the government.

Respectfully submitted,

DAVID C. WEISS
Acting United States Attorney

By: _____
Dan Logan
Assistant United States Attorney

Dated:    February 15, 2018

AND NOW, to wit, this __15th__ day of __FEBRUARY__, 2018, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Superseding Indictment and File in the above-captioned case be sealed until further notice by the government.

_____
United States Magistrate Judge