# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )
| Plaintiff, | )
| v. | ) Criminal Action No. 18-10
| KELLY A. MULLINS, | )
| Defendant. | ) |

**SEALED**

**REDACTED**



## SUPERSEDING INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about February 12, 2013, in the State and District of Delaware, KELLY A. MULLINS, defendant herein, did knowingly possess with intent to distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT TWO

On or about February 19, 2013, in the State and District of Delaware, KELLY A. MULLINS, defendant herein, did knowingly possess with intent to distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT THREE

On or about February 25, 2013, in the State and District of Delaware, KELLY A. MULLINS, defendant herein, did knowingly possess with intent to distribute

oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about February 12, 2013, in the State and District of Delaware, KELLY A. MULLINS, defendant herein, did knowingly and intentionally obtain and acquire a Schedule II controlled substance by misrepresentation, fraud, forgery, and deception, in violation of Title 21, United States Code, Section 843(a)(3).

## COUNT FIVE

On or about February 19, 2013, in the State and District of Delaware, KELLY A. MULLINS, defendant herein, did knowingly and intentionally obtain and acquire a Schedule II controlled substance by misrepresentation, fraud, forgery, and deception, in violation of Title 21, United States Code, Section 843(a)(3).

## COUNT SIX

On or about February 25, 2013, in the State and District of Delaware, KELLY A. MULLINS, defendant herein, did knowingly and intentionally obtain and acquire a Schedule II controlled substance by misrepresentation, fraud, forgery, and deception, in violation of Title 21, United States Code, Section 843(a)(3).

## NOTICE OF FORFEITURE

Upon conviction of Counts One through Six, as alleged in this Indictment, defendant KELLY A. MULLINS shall forfeit to the United States pursuant to 21 U.S.C. Section 853 and 28 U.S.C. Section 2461(c), any property, real and personal,

that constitutes or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the above offenses, and all property, real or personal, that was used to facilitate, or was intended to be used to facilitate the commission of the offenses. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;
    (c) has been placed beyond the jurisdiction of the court;
    (d) has been substantially diminished in value; or
    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. Section 853(p) as incorporated by 28 U.S.C. Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

DAVID C. WEISS
ACTING UNITED STATES ATTORNEY

BY: _____
Daniel Logan
Assistant United States Attorney

Dated: February 15, 2018

3