IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 18-10-UNA |
| ) | |
| KELLY A. MULLINS, ) | **FILED UNDER SEAL** |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, David C. Weiss, Acting United States Attorney for the District of Delaware, and Dan Logan, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Kelly A. Mullins, pursuant to an Superseding Indictment returned against her on this date.

Respectfully submitted,

DAVID C. WEISS
Acting United States Attorney

BY: _____
Dan Logan
Assistant United States Attorney

Dated: February 15, 2018

AND NOW, this __15th__ day of __February__, 2018 based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Kelly A. Mullins.

_____
United States Magistrate Judge