# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 18-10-UNA |
| KELLY A. MULLINS, | ) ) ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO EXCLUDE TIME

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, Acting United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby submits the following:

1. The defendant has been indicted with Possession with Intent to Distribute Oxycodone, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(c), and related offenses.

2. The defendant had her initial appearance on February 21, 2018; there, she requested an arraignment date of March 8, 2018, to allow her time to consult with her attorney about the charges pending against her.

3. In light of the above, the government requests that the Court exclude the time from February 21, 2018, until March 8, 2018, under the Speedy Trial Act (18 U.S.C. § 3161 *et seq.*). The government submits that the time is excludable because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

4. As the defendant stated at her initial appearance, she has no objection to this request.

2

WHEREFORE, the government respectfully requests that the Court grant its Unopposed Motion to Exclude Time. A proposed Order is attached.

                                         Respectfully submitted,

                                         DAVID C. WEISS
                                       Acting United States Attorney

                         By: /s/ Shawn A. Weede
                                       Shawn A. Weede
                                       Assistant United States Attorney

Dated:   February 21, 2018

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>       Plaintiff,                              )<br>                                                        )<br>       v.                                         )     Criminal Action No. 18-10-UNA<br>                                                        )<br>KELLY A. MULLINS,                   )<br>                                                        )<br>       Defendant.                         ) | |

## **ORDER**

Having considered the government's Unopposed Motion to Exclude Time, **IT IS HEREBY ORDERED** that the period from February 21, 2018, through March 8, 2018, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.   *See* 18 U.S.C. § 3161(h).

 

_____
The Honorable Sherry R. Fallon
United States Magistrate Court Judge

Dated: