# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|        ) | |
|     Plaintiff,        ) | |
|        ) | |
|   v.        ) | Criminal Action No. 18-10-LPS |
|        ) | |
| KELLY A. MULLINS,        ) | |
|        ) | |
|     Defendant.        ) | |

## STATUS REPORT AND UNOPPOSED MOTION TO EXCLUDE TIME

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby submits the following:

1. The defendant has been indicted with Possession with Intent to Distribute Oxycodone, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C), and related offenses.

2. The defendant is on pre-trial release.

3. The government has provided a substantial amount of discovery and the parties are engaging in plea negotiations.

4. The parties have conferred and respectfully request additional time to work towards a non-trial disposition, with another status report due on or before September 28, 2018. If an agreement is reached in the interim, the government will contact the Court.

5. In light of the above, the government also respectfully requests that the Court exclude the time from July 30, 2018, until September 28, 2018, under the Speedy Trial Act (18 U.S.C. § 3161 *et seq*.). The government submits that the time is excludable because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

      6.      The government has consulted with defendant's counsel – John S. Malik, Esq. – and he has no objection.

      WHEREFORE, the government respectfully requests that the Court grant its Unopposed Motion to Exclude Time.   A proposed Order is attached.

      Respectfully submitted,

      DAVID C. WEISS
      United States Attorney

      By: /s/ Shawn A. Weede
           Shawn A. Weede
           Assistant United States Attorney

Dated:   July 30, 2018

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 18-10-LPS |
| ) | |
| KELLY A. MULLINS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Having considered the government's Status Report and Unopposed Motion to Exclude Time, **IT IS HEREBY ORDERED** that the period from July 30, 2018, through September 28, 2018, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

**IT IS FURTHER ORDERED** that the parties shall submit a joint status report on or before September 28, 2018, unless a plea hearing is scheduled in the interim.

_____
The Honorable Leonard P. Stark
Chief United States District Court Judge

Dated: